**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**
https://storage.gtwy.dcn:8443/v1/file/tned.0530417698.56058408.540342.json