☑ Original    ☐ Duplicate Original



# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

JAN 2 7 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH KIK MESSENGER IDS<br>MASTERRICO96, RICORICHARDS94, AND<br>RICKROLLER2024 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-MJ- 6 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

Kik accounts bearing user names MASTERRICO96, RICORICHARDS94, AND RICKROLLER2024,, as further described in Attachment A, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

User data and account information including message content, media attachments, stored files, and login history, as more fully described in Attachment B, which is incorprorated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____2/6/26_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Cynthia Richardson Wyrick_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___1/23/26 @ 3:49p___        _____(signature)_____
                                                                                        *Judge's signature*

City and state:    ___Greeneville, Tennessee___        Cynthia Richardson Wyrick, U.S. Magistrate Judge
                                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>2:26-MJ- $\zeta\rho$ | Date and time warrant executed:<br>1/24/2026 @ 4:04 PM | Copy of warrant and inventory left with:<br>Medialab.ai |

Inventory made in the presence of : N/A

Inventory of the property taken and name(s) of any person(s) seized:

Medialab.ai provided one zip file for download via email, which was downloaded and placed onto an optical disc on 1/27/2026.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/27/2026

ERIK DOELL

Digitally signed by
ERIK DOELL
Date: 2026.01.27
11:58:18 -05'00'

*Executing officer's signature*

Erik Doell, SA FBI

*Printed name and title*